[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-11382
Non-Argument Calendar
_____

D.C. Docket No. 8:15-cr-00363-JSM-AEP-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE MARTIN MARTINEZ MENDOZA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(November 30, 2017)

Before MARCUS, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).